IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

KEVIN S.,[1]

                Plaintiff,

     v.

COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION,

                Defendant.

No. 6:18-cv-00269-AC

ORDER

Brent Wells
Harder Wells Baron & Manning
474 Willamette Street
Eugene, OR 97401

James Moller
P.O. Box 1368
Wilsonville, OR 97070

     Attorneys for Plaintiff

Renata Gowie
United States Attorney's Office District of Oregon
1000 SW Third Ave., Suite 600
Portland, OR 97204
Jeffrey Staples

---

[1] In the interest of privacy, this Judgment uses only the first name and the initial of the last name of the non-governmental party.

1 - ORDER

Lisa Goldoftas
Office of General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900
Seattle, WA 98104

  Attorneys for Defendant

HERNÁNDEZ, District Judge:

  Magistrate Judge Acosta issued a Findings and Recommendation on September 16, 2019, in which he recommends that the Court reverse and remand the Commissioner's decision for further administrative proceedings. The Commissioner timely filed objections to the Findings and Recommendation. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

  When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

  The Commissioner objects to the Findings and Recommendation because the ALJ's errors were harmless. Objections to F&R, ECF 25. The Court carefully considered the Commissioner's objections and concludes that the objections do not provide a basis to modify the recommendation. I have also reviewed the pertinent portions of the record *de novo* and find no error in the Magistrate Judge's Findings and Recommendation.

///
///
///
///

## CONCLUSION

The Court adopts Magistrate Judge Acosta's Findings and Recommendation [23]. The Commissioner's decision is REVERSED and REMANDED for further administrative proceedings.

IT IS SO ORDERED.

DATED: December 23, 2019

_____
MARCO A. HERNÁNDEZ
United States District Judge